Corinne Chandler - SBN 111423
E-Mail: cchandler@kantorlaw.net
Brent D. Brehm - SBN 248983
E-Mail: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff St.
Northridge, California 91324
(818) 886-2525 (TEL)
(818) 350-6272 (FAX)

Attorneys for Plaintiff, Allen Priest

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN PRIEST, | CASE NO: |
| Plaintiff, | COMPLAINT FOR: |
| VS. | BREACH OF THE EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974; ENFORCEMENT AND CLARIFICATION OF RIGHTS; PREJUDGMENT AND POSTJUDGMENT INTEREST; AND ATTORNEYS' FEES AND COSTS |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; SONY ELECTRONICS, INC. LONG TERM DISABILITY PLAN, SONY ELECTRONICS, INC. LIFE INSURANCE PLAN; | |
| Defendants. | |

Plaintiff, ALLEN PRIEST, herein sets forth the allegations of his Complaint against Defendants Life Insurance Company of North America, Sony Electronics, Inc. Long Term Disability Plan and Sony Electronics, Inc. Life Insurance Plan.

1

## PRELIMINARY ALLEGATIONS

1. "Jurisdiction" – This action is brought under 29 U.S.C. §§ 1132(a), (e), (f) and (g) of the Employee Retirement Income Security Act of 1974 (hereinafter "ERISA") as it involves claims by Plaintiff for employee benefits under employee benefit plans regulated and governed under ERISA. Jurisdiction is predicated under these code sections as well as 28 U.S.C. § 1331 as this action involves a federal question. This action is brought for the purpose of recovering benefits under the terms of employee benefit plans, enforcing Plaintiff's rights under the terms of employee benefit plans, and to clarify Plaintiff's rights to future benefits under the employee benefit plans named as Defendants. Plaintiff seeks relief, including but not limited to payment of benefits, prejudgment and postjudgment interest, reinstatement to the benefit plans at issue herein, and attorneys' fees and costs.

2. Plaintiff was at all times relevant, an employee of Sony Electronics, Inc. and a resident in the County of Fresno, State of California.

3. Plaintiff is informed and believes that Defendant Life Insurance Company of North America ("LINA") is a corporation with its principal place of business in the State of Pennsylvania, authorized to transact and transacting business in the Northern District of California and can be found in the Northern District of California. LINA is the insurer of benefits under the Sony Electronics, Inc. Long Term Disability Plan, (hereinafter "LTD Plan") and the Sony Electronics, Inc. Life Insurance Plan (hereinafter "LI Plan") and acted in the capacity of a plan administrator of each plan.

4. Plaintiff is informed and believes that Defendant LTD Plan is an employee welfare benefit plan regulated by ERISA, established by Sony Electronics, Inc., under which Plaintiff is and was a participant, and pursuant to which Plaintiff is and was entitled to Long Term Disability ("LTD") benefits. Pursuant to the terms and conditions of the LTD Plan, Plaintiff is entitled to LTD benefits for the duration of Plaintiff's disability, for so long as Plaintiff remains disabled as required under the terms of the

1  LTD Plan. The LTD Plan is doing business in this judicial district, in that it covers
2  employees residing in this judicial district.
3       5.   Plaintiff is informed and believes that Defendant LI Plan is an employee
4  welfare benefit plan regulated by ERISA, established by Sony Electronics, Inc., under
5  which Plaintiff is and was a participant, and pursuant to which Plaintiff is and was
6  entitled to a waiver of his life insurance premiums due under the LI Plan for so long as
7  he remains totally disabled as defined under the LI Plan. The LI Plan is doing business
8  in this judicial district, in that it both administers benefits and covers employees residing
9  in this judicial district.
10      6.   Defendants can be found in this judicial district and the Defendant Plans are
11 administered in this judicial district. The LTD and LI claims at issue herein were also
12 specifically administered in this judicial district. Thus, venue is proper in this judicial
13 district pursuant to 29 U.S.C. § 1132(e)(2).

**FIRST CAUSE OF ACTION**
**AGAINST SONY ELECTRONICS, INC. LONG TERM DISABILITY PLAN,**
**SONY ELECTRONICS, INC. LIFE INSURANCE PLAN AND**
**LIFE INSURANCE COMPANY OF NORTH AMERICA**
**FOR PLAN BENEFITS, ENFORCEMENT AND CLARIFICATION OF**
**RIGHTS, PREJUDGMENT AND POSTJUDGMENT INTEREST,**
**AND ATTORNEYS' FEES AND COSTS**
**[29 U.S.C. § 1132(a)(1)(B)]**

24      7.   Plaintiff incorporates by reference all preceding paragraphs as though fully
25 set forth herein.
26      8.   At all times relevant, Plaintiff was employed by Sony Electronics, Inc. and
27 was a covered participant under the terms and conditions of the LTD & LI Plans.

9.  During the course of Plaintiff's employment, Plaintiff became entitled to benefits under the terms and conditions of the LTD & LI Plans. Specifically, while Plaintiff was covered under the LTD & LI Plans, Plaintiff suffered a disability rendering Plaintiff disabled as defined under the terms of said Plans. Pursuant to the terms of the Plans, Plaintiff made claims to LINA for Plan benefits. Plaintiff's claim for Plan benefits was denied by LINA, stating that based upon the information provided, Plaintiff does not meet the definition of disability. Plaintiff appealed this determination and/or further appeals were futile as a consequence of LINA's actions. Despite overwhelming evidence of a covered claim, on April 28, 2008, LINA erroneously and wrongfully continued to uphold its prior determination denying Plaintiff's claim for benefits.

10. Defendants LINA and the LTD & LI Plans breached the Plans and violated ERISA in the following respects:

(a)  Failure to pay LTD benefit payments and a waiver of life insurance premium benefits to Plaintiff at a time when LINA and the LTD & LI Plans knew, or should have known, that Plaintiff was entitled to those benefits under the terms of the LTD & LI Plans, as Plaintiff was disabled and unable to work and therefore entitled to benefits. Even though the LTD & LI Plans and LINA had such knowledge, LINA denied Plaintiff's LTD and waiver of premium benefits;

(b)  Failure to provide a prompt and reasonable explanation of the basis relied on under the terms of the LTD & LI Plan documents, in relation to the applicable facts and LTD & LI Plan provisions, for the denial of Plaintiff's claims for LTD and waiver of life insurance premium benefits;

(c)  After Plaintiff's claim was denied in whole or in part, LINA failed to adequately describe to Plaintiff any additional material or information necessary for Plaintiff to perfect his claim along with an explanation of why such material is or was necessary;

     (d)    Failing to properly and adequately investigate the merits of Plaintiff's disability and waiver of life premium claims and failing to provide a full and fair review of Plaintiff's claims.

11. Plaintiff is informed and believes and thereon alleges that Defendants wrongfully denied his disability and waiver of life premium benefits under the LTD & LI Plans by other acts or omissions of which Plaintiff is presently unaware, but which may be discovered in this future litigation and which Plaintiff will immediately make Defendants aware of once said acts or omissions are discovered by Plaintiff.

12. Following the denial of benefits under the Plans, Plaintiff exhausted all administrative remedies required under ERISA and/or all further appeals were excused as being futile, and Plaintiff has performed all duties and obligations on Plaintiff's part to be performed under the Plans.

13. As a proximate result of the aforementioned wrongful conduct of the LTD & LI Plans and LINA, and each of them, Plaintiff has damages for loss of disability benefits in a total sum to be shown at the time of trial.

14. As a further direct and proximate result of this improper determination regarding Plaintiff's LTD and waiver of life insurance premium claims, Plaintiff in pursuing this action has been required to incur attorneys' costs and fees. Pursuant to 29 U.S.C. § 1132(g)(1), Plaintiff is entitled to have such fees and costs paid by Defendants.

15. The wrongful conduct of the LTD & LI Plans and LINA has created uncertainty where none should exist, therefore, Plaintiff is entitled to enforce his rights under the terms of the LTD & LI Plans and to clarify his right to future benefits under the terms of the LTD & LI Plans.

///
///
///
///

# REQUEST FOR RELIEF

WHEREFORE, Plaintiff prays for relief against Defendants as follows:

1. Payment of disability benefits due Plaintiff;

2. An order declaring that Plaintiff is entitled to immediate reinstatement to the LTD Plan, with all ancillary benefits to which he is entitled by virtue of his disability, and that benefits are to continue to be paid under the LTD Plan for so long as Plaintiff remains disabled under the terms of the LTD Plan;

3. Reinstatement of all benefits due Plaintiff under the LI Plan, including a waiver of life insurance premium from the date of LINA's termination to the present;

4. Pursuant to 29 U.S.C. § 1132(g), payment of all costs and attorneys' fees incurred in pursuing this action;

5. Payment of prejudgment and postjudgment interest as allowed for under ERISA; and

6. Such other and further relief as this Court deems just and proper.


DATED: August 13, 2008                KANTOR & KANTOR, LLP

                                By:   *Corinne Chandler* (signature)
                                      Corinne Chandler
                                      Attorney for Plaintiff Allen Priest

1  Corinne Chandler - SBN 111423
     E-Mail: cchandler@kantorlaw.net
2  Brent D. Brehm - SBN 248983
     E-Mail: bbrehm@kantorlaw.net
3  KANTOR & KANTOR, LLP
   19839 Nordhoff St.
4  Northridge, California 91324
   (818) 886-2525 (TEL)
5  (818) 350-6272 (FAX)

6  Attorneys for Plaintiff, Allen Priest



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALLEN PRIEST, | ) | CASE NO: 3930 |
| Plaintiff, | ) | NOTICE OF INTERESTED PARTIES |
| VS. | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; SONY ELECTRONICS, INC. LONG TERM DISABILITY PLAN, SONY ELECTRONICS, INC. LIFE INSURANCE PLAN; | ) ) ) ) ) ) | |
| Defendants. | ) | |

The undersigned, counsel of record for Plaintiff Allen Priest certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

The following is a list of the names of all such parties with their connection and interest herein:

1

1. Allen Priest
2. Life Insurance Company of North America
3. Sony Electronics, Inc. Long Term Disability Plan
4. Sony Electronics, Inc. Life Insurance Plan

DATED: August 13, 2008                    KANTOR & KANTOR, LLP

BY *Corinne Chandler*

Corinne Chandler
Attorney for Plaintiff Allen Priest

2

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
ALLEN PRIEST

## DEFENDANTS
LIFE INSURANCE COMPANY OF NORTH AMERICA; SONY ELECTRONICS, INC. LONG TERM DISABILITY PLAN; SONY ELECTRONICS, INC. LIFE INSURANCE PLAN;

(b) County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Kantor & Kantor
19839 Nordhoff Street
Northridge, CA 91324
(818) 886-2525

Attorneys (If Known)    E-filing

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury — Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / [ ] 365 Personal Injury — Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | **PERSONAL PROPERTY** / [ ] 370 Other Fraud | [ ] 690 Other | | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle / [ ] 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | [ ] 810 Selective Service |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability / [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/Exchange |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury / [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise | | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting / [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | [X] 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations / **Habeas Corpus:** | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare / [ ] 530 General | **IMMIGRATION** | [ ] 871 IRS – Third Party 26 USC 7609 | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities – Employment / [ ] 535 Death Penalty | [ ] 462 Naturalization Application | | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities – Other / [ ] 540 Mandamus & other | [ ] 463 Habeas Corpus – Alien Detainee | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 440 Other Civil Rights / [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | [ ] 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
29 U.S.C. §1132

Brief description of cause:
Failure to Pay Plan Benefits

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes   [X] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)    [X] SAN FRANCISCO/OAKLAND    [ ] SAN JOSE

DATE 8-13-08    SIGNATURE OF ATTORNEY OF RECORD    Connie Chandler

NDC-JS44