```
 1  Corinne Chandler - SBN 111423
      E-Mail: cchandler@kantorlaw.net
 2  Brent D. Brehm - SBN 248983
      E-Mail: bbrehm@kantorlaw.net
 3  KANTOR & KANTOR, LLP
    19839 Nordhoff St.
 4  Northridge, California 91324
    (818) 886-2525 (TEL)
 5  (818) 350-6272 (FAX)

 6  Attorneys for Plaintiff, Allen Priest
```

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN PRIEST, | CV CASE NO: 3930 |
| Plaintiff, | NOTICE OF INTERESTED PARTIES |
| VS. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; SONY ELECTRONICS, INC. LONG TERM DISABILITY PLAN, SONY ELECTRONICS, INC. LIFE INSURANCE PLAN; | |
| Defendants. | |

The undersigned, counsel of record for Plaintiff Allen Priest certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

The following is a list of the names of all such parties with their connection and interest herein:

1.     1.    Allen Priest
2.     2.    Life Insurance Company of North America
3.     3.    Sony Electronics, Inc. Long Term Disability Plan
4.     4.    Sony Electronics, Inc. Life Insurance Plan

DATED: August 13, 2008          KANTOR & KANTOR, LLP

BY *Corinne Chandler*

Corinne Chandler
Attorney for Plaintiff Allen Priest

2