AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

ALLEN PRIEST

_____
Plaintiff

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA;
SONY ELECTRONICS, INC. LONG TERM
_____
Defendant

Civil Action No. CV 08 3930 WHA

E-filing

## Summons in a Civil Action

To: _____
        *(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Corinne Chandler

Brent Dorian Brehm

Kantor & Kantor

19839 Nordhoff Street

Northridge, CA 91324

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: AUG 18 2008

*(signature)*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

NDCAO440