IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALLEN PRIEST,

    Plaintiff,

  v.

LIFE INSURANCE COMPANY OF NORTH AMERICA, SONY MUSIC ENTERTAINMENT, INC., LONG TERM DISABILITY PLAN & SONY MUSIC ENTERTAINMENT INC., LIFE INSURANCE PLAN,

    Defendants.

No. C 08-03930 WHA

**ORDER RE SETTLEMENT**

The Court acknowledges defendant's notice of settlement of the captioned matter.

Please note that until a dismissal is entered all deadlines remain on calendar and operative.

**IT IS SO ORDERED.**

Dated: March 16, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE