```
Corinne Chandler - SBN 111423
   E-Mail: cchandler@kantorlaw.net
Brent D. Brehm - SBN 248983
   E-Mail: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff St.
Northridge, California 91324
(818) 886-2525 (TEL)
(818) 350-6272 (FAX)
```

Attorneys for Plaintiff, Allen Priest

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN PRIEST, | CASE NO: CV 08-3930 WHA |
| Plaintiff, | STIPULATION RE DISMISSAL OF ACTION WITH PREJUDICE |
| VS. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA; SONY ELECTRONICS, INC. LONG TERM DISABILITY PLAN, SONY ELECTRONICS, INC. LIFE INSURANCE PLAN; | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between Plaintiff, ALLEN PRIEST and Defendants, LIFE INSURANCE COMPANY OF NORTH AMERICA; SONY ELECTRONICS, INC. LONG TERM DISABILITY PLAN, SONY ELECTRONICS, INC. LIFE INSURANCE PLAN by and through their attorneys of record, that the above-

///
///
///
///
///

1

captioned action shall be, and hereby is, dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: April 1, 2009             KANTOR & KANTOR

By:    /s/ Corinne Chandler
       Corinne Chandler
       Attorney for Plaintiff

Dated: April 10, 2009         WILSON, ELSER, MOSKOWITZ,
                                             EDELMAN & DICKER

By:    /s/ Sean P. Nalty
       Sean P. Nalty
       Attorneys for Defendants

**ORDER**

Pursuant to the stipulation of the parties, the above-entitled action is dismissed with prejudice. Each party shall bear its own fees and costs.

DATED: April 14, 2009

IT IS SO ORDERED
Judge William Alsup

Hon. William H. Alsup
United States District Court Judge

2

# CERTIFICATE OF SERVICE
*Allen Priest v. LINA, Northern district*
*U.S. District Court Case No. 08-3930 WHA*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725. On this date I served the following document(s):

**STIPULATION RE: DISMISSAL OF ACTION WITH PREJUDICE AND ORDER**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

: **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.).

→ : **By Electronic E-Mail** -- I caused each such envelope to be electronically served to the office of the address.

Corinne Chandler, Esq.
Brent D. Brehm, Esq.
Kantor & Kantor, LLP
19839 Nordhoff Street
Northridge, CA 91324
Tel: (818) 886-2525
Fax: (818) 350-6272
Attorney for Plaintiff

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **April 10, 2009**, at San Francisco, California.

_Stacey Mueller_

1
PROOF OF SERVICE

USDC NDCA No. C08-3930WHA
402321.1